**Opinion issued April 30, 2026**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-26-00238-CV

————————————

**THE ESTATE OF KANELLOS D. CHARALAMPOUS, Appellant**

**V.**

**MARK EDWIN KUNIK, M.D., Appellee**

---

**On Appeal from the Probate Court No. 3**
**Harris County, Texas**
**Trial Court Case No. 530005-402**

---

## MEMORANDUM OPINION

On September 23, 2025, appellant filed a notice of appeal from the trial court's orders. On April 27, 2026, appellant filed a Motion to Dismiss asserting that appellant "no longer desires to prosecute its appeal" and requesting that "the [C]ourt

dismiss its appeal." *See* TEX. R. APP. P. 42.1(a)(1). No other party has filed a notice of appeal, and no opinion has issued. *See* TEX. R. APP. P. 42.1(a)(1), (c).

Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1), 43.2(f). We dismiss any other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Gunn, Caughey, and Morgan.